# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 14-5127

September Term, 2015

1:11-cv-01573-RBW

Filed On: September 25, 2015 [1574950]

Educational Assistance Foundation for the
Descendants of Hungarian Immigrants in
the Performing Arts, Inc., A Florida
not-for-profit corporation,

   Appellee

Barrett Weinberger, Co-Executors of the
Estate of Julius Schaller and the entire
Class of Beneficiaries of the Estate of
Julius Schaller and Frances Odza,
Co-Executors of the Estate of Julius
Schaller and the entire Class of
Beneficiaries of the Estate of Julius
Schaller,

   Appellants

  v.

United States of America,

   Appellee

----------------------------

Consolidated with 15-5213

# O R D E R

   Upon consideration of appellee's motion to suspend briefing pending the conclusion of settlement discussions in related litigation, it is

   **ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

   The parties are directed to file status reports at 60-day intervals beginning November 24, 2015.

   The parties are directed to file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

         FOR THE COURT:
         Mark J. Langer, Clerk

      BY:  /s/
         Michael C. McGrail
         Deputy Clerk